UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-189-H

UNITED STATES OF AMERICA,
:
:
v.  :
:   ORDER
GILBERT SMITH,  :
      Defendant.  :

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized a Hipoint Firearm, .380 handgun, Model CF380 with magazine and seven .380 bullets, cocaine base (crack), and plastic bag with drug residue during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by agents of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigation.

This the 18th day of July, 2013.

_____
HONORABLE MALCOLM J. HOWARD
United States District Court Judge